HENRY RASCH, Appellant, v. HARRY GLUCKIN, INC., a New Jersey Corporation, Respondent, and HARRY GLUCKIN, INC., a New York Corporation, Defendant.— Order unanimously reversed and the motion granted to the extent of appointing

an official referee to take proof upon the question whether the defendant-respondent was doing business within the State of New York, and report to the Special Term, with costs of this appeal to the appellant to abide the event. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.